08 CV 4970

JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Hajoco International B.V.,

                      Plaintiff,

          v.

Projector S.A. of Belize,

                      Defendant.

------------------------------------------------------------x

08 CIV _____



RECEIVED
RULE 7.1 DISCLOSURE
MAY 30 2008
U.S.D.C. S.D.N.Y.
CASHIERS

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Hajoco International B.V. certifies that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
          May 29, 2008

                                          **DLA PIPER US LLP**

                                          By: _____
                                          Camilo Cardozo (camilo.cardozo@dlapiper.com)
                                          Peri A. Berger (peri.berger@dlapiper.com)
                                          1251 Avenue of the Americas
                                          New York, New York 10020
                                          Tel: (212) 335-4500

                                          Attorneys for Plaintiff
                                          Hajoco International B.V.